IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3235 |
| V. | ) ) | |
| CITY OF LINCOLN, NEBRASKA, and HDR ENGINEERING, Inc., | ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

This matter is before the court on Plaintiff's unopposed motion for an extension of time to file brief in opposition to motion to dismiss (filing 19). The motion shall be granted.

IT IS ORDERED that Plaintiff shall file its brief opposing Defendants' motion to dismiss (filing 17) on or before April 21, 2010.

April 13, 2010.

> BY THE COURT:
> *Richard G. Kopf*
> United States District Judge