IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3235 |
| V. | ) ) | |
| CITY OF LINCOLN, NEBRASKA, and HDR ENGINEERING, Inc., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's motion to file a supplemental index of evidence (filing 25). The motion shall be granted.

IT IS ORDERED that Plaintiff shall file a supplemental index of evidence by or before May 27, 2010.

May 20, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge