IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIXING & MASS TRANSFER TECHNOLOGIES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3235 |
| v. | ) ) | |
| CITY OF LINCOLN, NEBRASKA, and HDR ENGINEERING, Inc., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

The records of the court show that on April 23, 2010 (Filing No. 23) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff, MIXING & MASS TRANSFER TECHNOLOGIES, LLC. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statement, available on the Website of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel for Mixing & Mass Transfer Technologies, LLC shall file the Corporate Disclosure State on or before July 6, 2010 or show cause by written affidavit why they cannot comply with the rules of the court.

June 23, 2010.                    BY THE COURT:

                                  s/ *Cheryl R. Zwart*
                                  United States Magistrate Judge